Ali Salamirad (SBN )
Teresa Polk (SBN 111975)
**SMTD LAW LLP**
17901 Von Karman Ave., Ste. 500
Irvine, CA 92614
(949) 537-3800
as@smtdlaw.com; tp@smtdlaw.com

Attorneys for Defendant
EVEREST REINSURANCE COMPANY,
a Delaware Corporation

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE, Plaintiff, v. EVEREST REINSURANCE COMPANY; and Does 1 to 10, Defendants. | Case No.: 5:24-cv-02747-SSS-DTBx <br><br> **AGREED ORDER FOR REMAND TO STATE COURT [28 U.S.C. § 1477]** <br><br> State Court Case No.: CVRI2406247 <br><br> State Court Action Filed: November 6, 2024 |
|---|---|

SMTD Law LLP
A LIMITED LIABILITY
PARTNERSHIP

**AGREED ORDER FOR REMAND TO STATE COURT**

**THIS CAUSE** comes before the Court for consideration without oral argument on the parties' Stipulation for an Agreed Order for Remand to State Court, filed on January 3, 2025. Upon consideration of all filings, case law, and being otherwise fully advised, it is hereby **ORDERED** as follows:

1. The parties' Stipulation to remand this matter to the Superior Court of California, County of Riverside is **GRANTED**.

2. This matter is hereby remanded to the Superior Court of California, County of Riverside, Case No. CVRI2406247.

3. Defendant Everest Reinsurance Company shall file a responsive pleading to Plaintiff's Complaint within fourteen (14) days of the date of this Order.

IT IS SO ORDERED.

DATED: January 15, 2025

SUNSHINE SUZANNE SYKES
U.S. DISTRICT COURT JUDGE